UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARLOS C. JACKSON, | Case No. 2:25-cv-00976-MMD-BNW |
| Plaintiff, | ORDER |
| v. | |
| VENSURE HR, *et al.*, | |
| Defendants. | |

On November 11, 2025, the Court directed Plaintiff Carlos C. Jackson to file a second-amended complaint by December 4, 2025. (ECF No. 12.) Plaintiff neither filed a second-amended complaint nor moved for an extension of time to do so. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, recommending that the Court dismiss the case for Plaintiff's failure to file the second-amended complaint by the court-ordered deadline. (ECF No. 13.) Plaintiff had until January 13, 2026 to file an objection. To date, no objection has been filed. For this reason, and as explained below, the Court adopts the R&R and will dismiss the action.

Because there was no objection, the Court need not conduct de novo review and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Weksler identified the applicable five-factor test for determining whether to dismiss a case for a party's failure to comply with a court order. (ECF No. 13 at 1 (citing *In re Phenylpropanolamine Prod. Liab. Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006).) The Court agrees with Judge Weksler that the factors favor dismissal. (*Id.*)

///

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 13) is adopted in full.

It is further ordered that the action is dismissed without prejudice for Plaintiff's failure to file an amended complaint in compliance with the Court's prior order (ECF No. 12).

The Clerk of Court is kindly directed to enter judgment in accordance with this order and close this case.

DATED THIS 14th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE